Michael B. Brown (Bar No. 6577)
michael.brown@stoel.com
Brad S. Daniels (*pro hac vice*)
brad.daniels@stoel.com
STOEL RIVES LLP
10008 SE River Street
Truckee, CA 96161
Tel. (530) 582-2280

Attorneys for Defendant AnswerConnect
Teleservices, Inc. and Recovery Solutions
Group, LLC



FILED ____ RECEIVED
ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 9 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

# NORTHERN DIVISION

| | |
|---|---|
| MICHAEL STICKLER, an individual; and THE VISION GROUP, LTD., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ANSWERCONNECT TELESERVICES, INC., an Oregon corporation; and RECOVERY SOLUTIONS GROUP, LLC, a Delaware corporation,<br><br>Defendants. | Case No.: 3:15-cv-00271-RCJ-VPC<br><br>**UNOPPOSED MOTION FOR EXTENSION OF THE CASE MANAGEMENT CONFERENCE**<br><br>**(First Request)** |

Defendants AnswerConnect Teleservices, Inc. and Recovery Solutions Group, LLC, with the consent of Plaintiffs Michael Stickler and The Vision Group, Ltd., hereby submit their first request for an extension of the Case Management Conference scheduled on July 30, 2015 to August 11, 2015, or at a date convenient for the Court. After the Court granted Defendants' motion to dismiss, the parties have actively pursued good-faith negotiations to settle this dispute.

Page 1  -  **UNOPPOSED MOTION FOR EXTENSION OF THE CASE MANAGEMENT CONFERENCE  (First Request)**

79614785.1 0037093-00011

The parties have discussed settlement terms through several rounds of communications. As a result of their negotiations, the parties believe that a final settlement can be reached on or before August 11, 2015, the proposed date for the Case Management Conference.

Defendants' unopposed and first motion to extend the Case Management Conference promotes judicial economy and the interests of justice by providing additional time to facilitate settlement before the parties and the Court devote additional resources to the litigation of this matter. The first extension should not unduly delay the litigation of this matter and could enable the parties to efficiently resolve this matter out of court. Accordingly, the first extension of the Case Management Conference is warranted.

DATED: July 28, 2015.    STOEL RIVES LLP

*s/Brad S. Daniels*
Michael B. Brown (Bar No. 6577)
michael.brown@stoel.com
Brad S. Daniels (*pro hac vice*)
brad.daniels@stoel.com

Attorneys for Defendants AnswerConnect Teleservices, Inc. and Recovery Solutions Group, LLC

ATTORNEY DESIGNATED FOR SERVICE PURSUANT TO
NEVADA SUPREME COURT RULE 42.1

Michael E. Sullivan, Esq. (SB #5142)
Barry L. Breslow, Esq. (SB #3023)
Robison, Belaustegui, Robb & Sharp
71 Washington Street
Reno, NV 89503
Phone: 775-329-3151
Fax: 775-329-7941

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 29, 2015

Page 2  -  UNOPPOSED MOTION FOR EXTENSION OF THE CASE
             MANAGEMENT CONFERENCE  (First Request)

79614785.1 0037093-00011

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **UNOPPOSED MOTION FOR EXTENSION OF THE CASE MANAGEMENT CONFERENCE (FIRST REQUEST)** on the following named persons on the date and as indicated below to said persons a true copy thereof, contained in a sealed envelope if by mail, addressed to said persons.

Terrance Kay
Terrence Kay, P.C.
3155 River Road S., Suite 150
Salem, OR  97302

Steven L. Olson
Jay Huh
Jeff Cronn
Tonkon Torp
888 SW Fifth Avenue, Suite 1600
Portland, OR  97204
steven.olson@tonkon.com
jay.huh@tonkon.com
jeff.cronn@tonkon.com

Attorneys for Altairia Corporation

DATED: July 28, 2015.

/s/ Brad S. Daniels
BRAD S. DANIELS, OSB No. 025178
bsdaniels@stoel.com

Page 1 - DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF

79480549.1 0056143-00001